UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 06, 2023

Davon Williams
1260 West Oxford Avenue
Englewood, CO 80110

**RE:** **23-1029, Williams v. Denmar, LLC, et al**
Dist/Ag docket: 1:21-CV-01431-DDD-NRN

Dear Appellant:

Please note the following requirements for prosecuting this matter.

In our previous correspondence, you were given a deadline in which to file an entry of appearance form with the court. To date, we have not received that form. You must submit an entry of appearance form within 40 days of the date of this letter. An additional form will be provided to you.

The record on appeal in this case will consist of copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.4(E). As such, you do not need to submit any record materials to the court.

You must file an opening brief within 40 days from the date of this letter. You may use the Pro Se Brief form (which will be provided to you) or you may file a separate brief. If you do not use the form, your brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief could result in dismissal of this appeal without further notice. *See* 10th Cir. R. 42.1. Copies of the brief must be served on all opposing counsel and all unrepresented parties. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Joseph Apisdorf
Jean C. Arnold
Justin L. Cohen
Brian James Cosper
Michael Conrad Johnson
Nicholas W. Katz
Jennifer R. Lake
Reagan Larkin
Meredith Lee McDonald
Michelle Merz-Hutchinson
William Meyer
Julia E. Rhine
Craig Stewart
Adam Byron Wiens

CMW/lg